IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:23MJ35 |
| v. | |
| BRYAN EDWARD POORMAN | **FILED UNDER SEAL** |

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Wesley D. Magnuson, being first duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a complaint and arrest warrant under Rules 3, 4, and 4.1 of the Federal Rules of Criminal Procedure.

2. I am a Special Agent (SA) with the U.S. Department of Veterans Affairs ("VA"), Office of Inspector General ("VA-OIG") and have been so employed since June 2021. Prior to employment with VA-OIG, I was employed as a Police Officer with the United States Department of Defense, Commander, Naval Installations Command, from October 2018 to June 2021. Your affiant is a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the Uniformed Police Training Program, both in Glynco, Georgia. I have also received additional training and have experience in criminal investigations. I have a Bachelor of Arts degrees in criminal justice and psychology. I am currently assigned to the VA-OIG Mid-Atlantic Field Office, Washington, District of Columbia. As such, part of my duties include investigating crimes committed against programs and operations of VA by employees and non-employees, as well as allegations of serious violations of policies and procedures by high-ranking members

1

at VA. These duties also include investigating matters related to persons who knowingly and willingly commit criminal acts against the United States.

3. As a result of my training and experience, I am familiar with federal criminal laws that protect federal employees and know that it is a violation of Title 18, United States Code, Section 115(a)(1)(B) to threaten to assault or murder an official whose killing would be a crime under Title 18, United States Code, Section 1114, with intent to impede, intimidate, or interfere with such official on account of the performance of their official duties.

4. The information contained in this affidavit is based on my personal knowledge of, and involvement in, this investigation as well as other facts and information provided to me by other law enforcement officers involved in this investigation. I am thoroughly familiar with the information contained in this affidavit through personal exposure to the records and reports, and through discussions with other law enforcement personnel.

5. The facts set forth below are true and correct to the best of my knowledge. Because this affidavit is being submitted for the limited purpose of supporting a federal criminal complaint and arrest warrant for the defendant, this affidavit does not purport to set forth all the facts and circumstances known to me about this matter. Instead, this affidavit sets forth only those facts which I believe are necessary to support a finding of probable cause to believe that the defendant committed the charged offense.

**PROBABLE CAUSE**

6. In May 2023, VA OIG agents opened an investigation into threatening telephone communications being made to VA employees by an individual utilizing

telephone number 910-388-5196. This individual was identified as **BRYAN EDWARD POORMAN ("POORMAN")**, a United States Army Veteran who utilizes the VA's services. **POORMAN'S** veteran profile in VA's electronic database, Veterans Benefits Management System (VBMS), lists this number as his contact number and he has previously identified himself to a VA operator when using that phone number. His voice is also known to VA investigators based upon his past interactions and communications with VA employees.

7. **POORMAN** has been the subject of prior investigations regarding threatening communications to VA employees. On June 22, 2019, Criminal Investigator Mark Atlas, VA Police Service (VAPS), Little Rock, Arkansas, contacted VA OIG with information concerning a telephonic threat received from **POORMAN'S** telephone number where the caller threatened to blow up the VA and kill President Donald Trump. In July 2021, it was reported to VA OIG that during a conversation with a VA employee at a VA Medical Center in Nashville, **POORMAN** stated that he was going to have to blow up a building like the Nashville Christmas Day Bomber to get what he needs from the VA. On October 26, 2022, VA OIG received information from a VAPS Criminal Investigator in Memphis, TN, that **POORMAN** had left a voicemail with an off-site veteran's services affiliate stating that he was going to blow the whole town up.

8. On May 24, 2023, at or around 9:40 A.M., R.B., a social worker employed at the VA Community Based Outpatient Clinic (CBOC) in Lynchburg, Virginia received a voicemail from **POORMAN**. Lynchburg, Virginia is within the Western District of Virginia and when R.B. later accessed his voicemail and listened to this message he was also located within the Western District of Virginia. On this recording, **POORMAN** stated "I'm gonna

3

kill your motherfucking ass...blow your brains out." R.B. advised your affiant that **POORMAN** was not on his case load and had most likely been directed to his voicemail through an automated system. R.B. further advised that he had never met **POORMAN**.

9. On this same day, at or around 11:18 P.M., a contact representative with the White House Veterans Affairs Hotline, located in Charleston, West Virginia, received a phone call from **POORMAN**. During this call, **POORMAN** identified himself, advised that he was in Lynchburg, Virginia, and made complaints about how he was being treated by the VA. During this call he stated, "if I ever engaged another VA again, and don't take this the wrong way, but I will probably execute one of your employees there sir." During this call, **POORMAN** also stated "if you do not quit fucking with me… I am going to execute your ass too."

10. On May 25, 2023, Special Agent Roberto Obong, Intelligence and Crime Analysis Division, VA Office of Security and Law Enforcement, contacted **POORMAN** on his phone number regarding the call he made to the White House Veterans Affairs hotline on May 24, 2023. **POORMAN** called SA Obong back and, per SA Obong, he was apologetic, denied making any threats, and stated that his comments were just out of frustration. **POORMAN** also requested assistance leaving Lynchburg as he did not believe his truck would be able to travel back to North Carolina.

11. On May 27, 2023, at or around 6:52 A.M., SA Obong, received a missed call and a voicemail from **POORMAN**. On the recording, **POORMAN** stated he was Kevin Smith, a federal agent and that if Obong ever contacted his brother-in-law's phone number again that he would make sure to pull his badge. Later that day, at or around 6:23 P.M., SA Obong received another voicemail from **POORMAN**. This message stated, "I'm going to

4

come to D.C. and bomb that motherfucking house down you son-of-a-bitch. Keep fucking with me. You bastard. See if I don't kill you. Piece of shit. I'm (inaudible) my god damn mind. I'm going to fuck y'all's world up. Pieces of shit. (inaudible) This is Kevin Smith; I'll kill your ass. Bitch..." SA Obong was in West Virginia when he received these calls and per publicly available information on Greyhound's website, **POORMAN** was in North Carolina at the time he made the second call.

12. On August 29, 2023, at or around 2:40 A.M., the Office of Inspector General, Government of the District of Columbia, received a voicemail from **POORMAN** on a main telephone line for the agency. On the recording, **POORMAN** stated he was Johnny W. (inaudible) based out of Washington, North Carolina. The message stated, "I'm going to come up to the White House and I'm gonna blow everybody's ass away. And blow their brains away, including you, you stupid little fucking girl. Then I'm gonna go to Charleston, West Virginia. And then I'm gonna blow somebody else's brains out at a fucking VA hospital."

## CONCLUSION

13. Based on the foregoing, your affiant asserts that there is probable cause to believe that on or about May 24, 2023, **BRYAN EDWARD POORMAN**, did threaten to assault and murder R.B., a social worker with the Department of Veteran Affairs, as described in Paragraph 8 above, with intent to impede, intimidate, and interfere with R.B. while he was engaged in the performance of his official duties. Accordingly, I respectfully request that a federal arrest warrant be issued for **BRYAN EDWARD POORMAN**.

Respectfully Submitted,

_____
Wesley D. Magnuson
Special Agent
U.S. Department of Veterans Affairs
Office of Inspector General-CID

Subscribed and attested to by telephone on August 30, 2023.

*Robert S. Ballou*
_____
THE HON. ROBERT S. BALLOU
UNITED STATES DISTRICT JUDGE